UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Brian R. Dear,                                      CASE NO. **14-cv-01209-JSW**

        Plaintiff,

v.

        STIPULATION AND [~~PROPOSED~~]
        ORDER SELECTING ADR PROCESS

Equifax Information Services, LLC,

        Defendant.
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE)  (ADR L.R. 5)
- X  Mediation (ADR L.R. 6)

**Private Process:**
- ☐ Private ADR (*please identify process and provider*)
  _____

_____

The parties agree to hold the ADR session by:

    90 *days from the date of the order referring the case to an ADR process.*

    _____

Dated: June 20, 2014.                          */s/ Mark F. Anderson*
                                                           Attorney for Plaintiff

See attached page 3 for additional counsel.
CONTINUE TO FOLLOWING PAGE

**[~~PROPOSED~~] ORDER**

☒ The parties' stipulation is adopted and IT IS SO ORDERED.

☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: June 23, 2014

_____
UNITED STATES JUDGE

> When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11